| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Campbell-Smith, Patricia E. | United States Court of Federal Claims | 04/25/2019 |

**4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

Judge

**5a. Report Type** (check appropriate type)

- [ ] Nomination  Date
- [ ] Initial  [✔] Annual  [ ] Final

**5b.** [ ] Amended Report

**6. Reporting Period**

01/01/2018
to
12/31/2018

**7. Chambers or Office Address**

United States Court of Federal Claims
717 Madison Place N.W.
Washington, D.C. 20439

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[✔] **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[✔] **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell-Smith, Patricia E. | 04/25/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell-Smith, Patricia E. | 04/25/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | credit card | K |
| 2. | ▨▨▨▨▨▨ | tuition | L |
| 3. | ▨▨▨▨ | tuition | K |
| 4. | Discover | credit card | J |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell-Smith, Patricia E. | 04/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. M & T bank - cash accounts | A | Interest | J | T | | | | | |
| 2. New York Life Insurance - whole life | A | Dividend | O | W | | | | | |
| 3. First Eagle Global C | A | Interest | K | T | | | | | |
| 4. First Eagle Global C | E | Distribution | | | Sold | 01/17/17 | K | | |
| 5. First Eagle Global C | D | Distribution | | | Sold | 05/25/17 | J | | |
| 6. Morgan Stanley Private Bank N.A. | A | Interest | | | Redeemed | 01/31/17 | J | | |
| 7. Morgan Stanley Private Bank N.A. | A | Interest | | | Redeemed | 04/28/17 | J | | |
| 8. Bank Fund Staff FCU (X) | A | Interest | J | T | | | | | |
| 9. Wells Fargo bank deposit sweep (X) | A | Interest | | | Redeemed | 04/11/17 | J | | |
| 10. Wells Fargo IRA: Prudential Jennison | A | Dividend | | | Sold | 04/06/17 | J | | |
| 11. Prudential Investment - high yield | A | Dividend | | | Sold | 04/06/17 | J | | |
| 12. Prudential Investment Growth Fund | A | Dividend | | | Sold | 04/06/17 | J | | |
| 13. Templeton Devlp. Marks | C | Distribution | | | Sold | 04/06/17 | J | | |
| 14. Prudential Investment Ports Inc 15 High Yield (X) | A | Dividend | | | Distributed | 04/03/17 | J | A | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell-Smith, Patricia E. | 04/25/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. clarifications of 2016 Disclosire Report:
VII. lines 7,8,9,10,11,15,16, and 17 were reported as "sold (part)". They should have been reported as "Sold" as the accounts were cleared out.
These holdings were named: First Eagle Global and Fidelity Advantage New Insights

2. Regarding this 2017 Disclosure Report: In the interests of full disclosure we reported very small amounts of interest (lines 5, 6, and 8) and of Distrubution (line 9):
line 5: $0.02; line 6: $0.01; line 8: $0.03; and line 9: $0.02

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell-Smith, Patricia E. | 04/25/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Patricia E. Campbell-Smith**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544